United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Moises Romero, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-22-2434 |
| | § | |
| Elon, LLC, et al., | § | |
| Defendants. | § | |

## ORDER

1. Having been advised the parties have settled, this case is dismissed with prejudice, ECF No. 43.

2. By February 16, 2024, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed at Houston, Texas, on December 15, 2023.

_____
Peter Bray
United States Magistrate Judge